Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Victoria Division

United States Courts
Southern District of Texas
F I L E D

AUG 3 0 2023

Nathan Ochsner
Clerk of Court

| | | |
|---|---|---|
| BYRON LARUE SIMMONS BAREFIELD | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☐ Yes ☒ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| -v- | ) | |
| AUDREY BOWMAN,DONALD PAUL BACON,DANIELLE M. BACON,PORT LAVACA POLICE DEPARTMENT OFFICER AVILA (BADGE #5517) | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BYRON LARUE SIMMONS BAREFIELD |
| Address | 821 S. COLORADO ST |
| | PORT LAVACA     TX     77979 |
| | *City*     *State*     *Zip Code* |
| County | CALHOUN |
| Telephone Number | 832-316-0828 |
| E-Mail Address | BYRONSIMMONSBAREFIELD@YAHOO.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | AUDREY BOWMAN |
| Job or Title *(if known)* | DEEDS |
| Address | 426 W. MAIN ST |
| | PORT LAVACA     TX     77979 |
| | *City*     *State*     *Zip Code* |
| County | CALHOUN |
| Telephone Number | 361-552-4560 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | DONALD PAUL BACON |
| Job or Title *(if known)* | N/A |
| Address | 233 S. ALCOA DR.#1804 |
| | PORT LAVACA     TX     77979 |
| | *City*     *State*     *Zip Code* |
| County | CALHOUN |
| Telephone Number | N/A |
| E-Mail Address *(if known)* | N/A |

☑ Individual capacity  ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | DANIELLE M. BACON | | |
| Job or Title *(if known)* | N/A | | |
| Address | 11518 MASSIVE MT. | | |
| | HELOTES | TX | 78023 |
| | *City* | *State* | *Zip Code* |
| County | BEXAR | | |
| Telephone Number | N/A | | |
| E-Mail Address *(if known)* | N/A | | |

[✔] Individual capacity    [ ] Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | PORT LAVACA POLICE DEPARTMENT (AVILA BADGE#5517 | | |
| Job or Title *(if known)* | POLICE | | |
| Address | 201 N. COLORADO ST. | | |
| | PORT LAVACA | TX | 77979 |
| | *City* | *State* | *Zip Code* |
| County | CALHOUN | | |
| Telephone Number | 361-552-3788 | | |
| E-Mail Address *(if known)* | | | |

[ ] Individual capacity    [✔] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? THE FIFTH AMENDMENT AND FOURTEENTH AMENDMENT

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

AUDREY BOWMAN UNDER THE FIFTH AND FOURTEEENTH AMENDMENT HAS CONTINUED TO MISUSE HER POWER TO DEPRIVE THE PLAINTIFF BYRON LARUE SIMMONS BAREFIELD OF HIS PROPERTY DUE TO FRAUDULENT USE OF HER POSITION UNDER COLOR OF STATE LAW IN AN OFFICIAL CAPACITY

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
DONALD P. BACON ;AND. AUDREY BOWMAN WHO IS EMPLOYED WITH CALHOUN COUNTY APPRAISAL DISTRICT FRAUDULENTLY CHANGED THE OWNERSHIP OF SAID PROPERTY. JIM ISACC SIMMONS JR,. AND CHANGED IT TO DONALD PAUL BACON;AND WITH THE ASSISTANCE OF PORT LAVACA POLICE DEPARTMENT OFFICER (AVILA ) BADGE#5517,I WAS HARASSED AND ARRESTED BECAUSE OF FALSE ALLEGATIONS AND POLICE ABUSE OF POWER.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
CALHOUN COUNTY

B.    What date and approximate time did the events giving rise to your claim(s) occur?
AROUND MARCH OF 2020 AT AROUND 12:00PM

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I WAS ARRESTED BECAUSE OF DONALD PAUL BACON MAKING FALSE ALLEGATIONS TO THE PORT LAVACA POLICE DEPARTMENT STATING THAT I BYRON LARUE SIMMONS BAREFIELD WAS ON HIS WAY TO DO HARM TO HIM DONALD PAUL BACON BECAUSE HE WANTED ME OFF MY FATHERS ESTATE AND WITH THE ASSISTANCE OF PORT LAVACA POLICE DEPARTMENT AND OFFICER (AVILA)( BADGE #5517).MY FATHER PASSED NOVEMBER 17TH 2013 AND SIX(6) MONTHS AFTER AUDREY BOWMAN AND I HAD A FACE TO FACE CONVERSATION ABOUT JIM ISACC SIMMONS JR,. PROPERTY AS WELL AS ME HAVING TO DEAL WITH THE CITY OF PORT LAVACA TEXAS ABOUT SAID PROPERTY AND FOR AUDREY BOWMAN TO CONTINUE TO ABUSE HER POSITION TO DEFRAUD MY FATHERS ESTATE BY CONTINUOUSLY REFUSING TO REMOVE DONALD PAUL BACON AND DANIELLE M. BACON'S NAME THAT WAS FRAUDULENTLY DONE BY AUDREY BOWMAN EMPLOYED WITH CALHOUN COUNTY APPRASIAL DISTRICT. EVEN AFTER SPEAKING WITH MY LATE BROTHER JIM ISACC SIMMONS 2ND AROUND MAY OF 2020.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MENTAL ANGUISH , MONETARY LOSS ARRESTED AND PROSECUTED UNDER FALSE STATEMENTS MADE BY DONALD PAUL BACON.

### V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

REMOVE THE NAMES OF DONALD PAUL BACON AND DANIELLE M. BACON AS OWNERS AND RETURN TO JIM ISACC SIMMONS JR,. ESTATE NOT UNKNOWN HEIRS OF JIM ISACC SIMMONS JR,. THE LEGAL AND RIGHTFUL OWNER. BECAUSE  ALL LEGAL DOCUMENTS I HAVE AND CAN PROVE FRAUD BASED UPON MY CLAIM.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08/30/2023

Signature of Plaintiff    *Byron L. Simmons Barefield*

Printed Name of Plaintiff    *Byron L. S. Barefield*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____