United States District Court
Southern District of Texas
**ENTERED**
January 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| BRYON LARUE SIMMONS BAREFIELD, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 6:23-CV-00040 |
| § | |
| PORT LAVACA POLICE DEPARTMENT, § § § § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's "Order Adopting Memorandum and Recommendation of United States Magistrate Judge" (D.E. 27) and Plaintiff's failure to seek amendment of his claims within the time allowed by that Order (D.E. 27), the Court enters final judgment dismissing this action in its entirety.

**ORDERED** on January 26, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE